UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PNC BANK,
NATIONAL ASSOCIATION,

      Plaintiff,   Case No. 23-cv-11635
                            Hon. Matthew F. Leitman

v.

GENERAL SURGEONS OF FLINT, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: November 30, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2023, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126